United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-3080 September Term, 1998

United States of America,
 Appellant
 
v.

Webster L. Hubbell, Suzanna W. Hubbell, 
Michael C. Schaufele and Charles C. Owen
 Appellees
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 98cr00151-01)
 
 
 

 Before: Wald, Williams and Tatel, Circuit Judges.

 O R D E R

 It is ORDERED by the Court that the opinion of January 26, 1999 in the above entitled
case is amended as follows:

 Page 8 of Judge Williams's dissent, 5 lines from the bottom, delete the word "underlined"
and replace with "italicized".

FOR THE COURT:
Mark J. Langer, Clerk

Filed on January 27, 1999